DAVID D. FISCHER (SBN 224900)
ATTORNEY AT LAW
1007 7th Street, Suite 100
Sacramento, CA. 95814
Tel. (916) 447-8600
Fax (916) 930-6482
E-Mail: davefischer@yahoo.com

Attorney for Defendant
NICHOLAS VOTAW

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:11-CR-00514 GEB |
| Plaintiff, | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER |
| v. | |
| AHMED CHARTAEV<br>KHADZHIMURAD BABATOV<br>NICHOLAS VOTAW<br>HAKOB SERGOYAN<br>ANDREY KIM<br>STANISLAV SARBER<br>SERGEY SHCHIRSKIY<br>MAGOMED ABDUKHALIKOV | |
| Defendants | |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and the defendants, by and through each counsel of record, hereby stipulate as follows:

1.  By previous order, this matter was set for status on July 13, 2012.

2.  By this stipulation, the defendants now move to continue the status conference

1

until September 7, 2012, and to exclude time between July 13, 2012, and September 7, 2012 under Local Code T4.  Plaintiff does not oppose this request.

3. The parties agree and stipulate, and request that the Court find the following:

a. The government has represented that the discovery associated with this case includes approximately 4,483 pages of investigative reports and related documents in electronic form.  All of this discovery has been either produced directly to counsel and/or made available for inspection and copying.

b. Counsel for the defendants desire additional time to consult with their respective clients, to review the current charges, to conduct investigation and research related to the charges, to review and copy discovery for this matter, to discuss potential resolutions with his/her client, to prepare pretrial motions, and to otherwise prepare for trial.

c. Counsel for the defendants believe that failure to grant the above-requested continuance would deny him/her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

d. The government does not object to the continuance.

e. Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendants in a trial within the original date prescribed by the Speedy Trial Act.

f. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of July 13, 2012, to September 7, 2012, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best

interest of the public and the defendants in a speedy trial.

    4.    Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

    5.  **Please note that Attorney Chris Cosca and his client, Roman Malakhov, are not parties to this stipulation and wish to remain on calendar for July 13, 2012.**

IT IS SO STIPULATED.

Dated:  July 11, 2012                                           U.S. ATTORNEY

                                                            by:   /s/ David D. Fischer for  
                                                                          LEE BICKLEY  
                                                                          Assistant U.S. Attorney  
                                                                          Attorney for Plaintiff

Dated:  July 11, 2012                                           /s/  David D. Fischer for  
                                                                          KRESTA DALY  
                                                                          Attorney for Defendant  
                                                                          AHMED CHARTAEV

Dated:  July 11, 2012                                           /s/  David D. Fischer for  
                                                                          JOHN DUREE, JR  
                                                                          Attorney for Defendant  
                                                                          KHADZHIMURAD BABATOV

Dated: July 11, 2012                                            /s/  David D. Fischer  
                                                                          DAVID D. FISCHER  
                                                                          Attorney for Defendant  
                                                                          NICHOLAS VOTAW

Dated:  July 11, 2012                                           /s/  David D. Fischer for  
                                                                          ALAN EISNER  
                                                                          Attorney for Defendant  
                                                                          HAKOB SERGOYAN

Dated:  July 11, 2012                                           /s/  David D. Fischer for  
                                                                          THOMAS JOHNSON  
                                                                          Attorney for Defendant  
                                                                          ANDREY KIM

| | |
|---|---|
| Dated: July 11, 2012 | /s/ David D. Fischer for<br>PETER KMETO<br>Attorney for Defendant<br>STANISLAV SARBER |
| Dated: July 11, 2012 | /s/ David D. Fischer for<br>DANNY BRACE, JR.<br>Attorney for Defendant<br>SERGEY SHCHIRSKIY |
| Dated: July 11, 2012 | /s/ David D. Fischer for<br>PREETI BAJWA<br>Attorney for Defendant<br>MAGOMED ABDUKHALIKOV |

**O R D E R**

IT IS SO FOUND AND ORDERED.

**Date: 7/11/2012**

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge