ROBERT M. WILSON (SBN 122731)
KIMBALL & WILSON, LLP
3600 American River Drive, Suite 215
Sacramento, CA. 95864
Tel. (916) 927-0700
Fax (916) 927-0701
E-Mail: rwilson@kimballwilson.com

Attorney for Defendant
AHMED CHARTAEV

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) No. 2:11-CR-00514 TLN |
| Plaintiff, | ) STIPULATION REGARDING ) EXCLUDABLE TIME PERIODS UNDER |
| v. | ) SPEEDY TRIAL ACT; FINDINGS AND ) ORDER |
| AHMED CHARTAEV  KHADZHIMURAD BABATOV  NICHOLAS VOTAW  HAKOB SERGOYAN  ANDREY KIM  STANSLAV SARBER  SERGEY SHCHIRSKY  MAGOMED ABDUKHALIKOV  ANTON TKACHEV | ) ) ) ) ) ) ) ) ) |
| Defendants. | ) |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and the defendants, by and through each counsel of record, hereby stipulate as follows:

1.  By previous order, this matter was set for status on January 30, 2014, at 9:00 a.m.

2.  By this stipulation, the defendants now move to continue the status conference until May 22, 2014, at 9:00 a.m., and to exclude time between January 30, 2014, and May 22,

1

2014, under Local Code T4.  Plaintiff does not oppose this request.

3.	The parties agree and stipulate, and request that the Court find the following:

a.	The government has represented that the discovery associated with this case includes approximately 4,483 pages of investigative reports and related documents in electronic form.  All of this discovery has been either produced directly to counsel and/or made available for inspection and copying.

b.	Counsel for all of the defendants desires additional time to consult with their respective clients, to review the current charges, to conduct investigation and research related to the charges, to review and copy discovery for this matter, to discuss potential resolutions with their clients, to prepare pretrial motions, and to otherwise prepare for trial.  This case involves several defendants with several witnesses.  Counsel for the defendants believe that failure to grant the above-requested continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

c.	The government does not object to the continuance.

d.	Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendants in a trial within the original date prescribed by the Speedy Trial Act.

e.	For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of January 30, 2014, to May 22, 2014, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendants' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendants in a speedy trial.

4.	Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

/ / /

/ / /

IT IS SO STIPULATED.

Dated:  January 28, 2014      U.S. ATTORNEY

    by:   /s/ Robert M. Wilson for
       LEE BICKLEY
       Assistant U.S. Attorney
       Attorney for Plaintiff

Dated:  January 28, 2014      /s/  Robert M. Wilson
    ROBERT M. WILSON
    Attorney for Defendant
    AHMED CHARTAEV

Dated:  January 28, 2014      /s/  Robert M. Wilson for
    JOHN DUREE, JR.
    Attorney for Defendant
    KHADZHIMURAD BABATOV

Dated:  January 28, 2014      /s/  Robert M. Wilson for
    DAVID D. FISCHER
    Attorney for Defendant
    NICHOLAS VOTAW

Dated:  January 28, 2014      /s/  Robert M. Wilson for
    ALAN EISNER
    Attorney for Defendant
    HAKOB SERGOYAN

Dated:  January 28, 2014      /s/  Robert M. Wilson for
    THOMAS A. JOHNSON
    Attorney for Defendant
    ANDREY KIM

Dated:  January 28, 2014      /s/  Robert M. Wilson for
    PETER KMETO
    Attorney for Defendant
    STANISLAV SARBER

Dated:  January 28, 2014      /s/  Robert M. Wilson for
    DANNY BRACE, JR.
    Attorney for Defendant
    SERGEY SHCHIRSKIY

Dated: January 28, 2014                             /s/  Robert M. Wilson for
                                                    VICTOR HALTOM
                                                    Attorney for Defendant
                                                    MAGOMED ABDUKHALIKOV

Dated: January 28, 2014                             /s/  Robert M. Wilson for
                                                    CHRIS HAYDN-MYER
                                                    Attorney for Defendant
                                                    ANTON TKACHEV

**O R D E R**

IT IS SO FOUND AND ORDERED this 28th day of January, 2014.

_____
Troy L. Nunley
United States District Judge