VICTOR S. HALTOM (SBN 155157)
Attorney at Law
428 J Street, Suite 350
Sacramento, CA. 95814
Tel. (916) 444-8663
Fax (916) 447-2920
E-Mail:  vshjah@aol.com

Attorney for Defendant
MAGOMED ABDUKHALIKOV

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>v.<br><br>AHMED CHARTAEV,<br>NICHOLAS VOTAW,<br>HAKOB SERGOYAN,<br>STANSLAV SARBER,<br>SERGEY SHCHIRSKY,<br>MAGOMED ABDUKHALIKOV, and<br>ANTON TKACHEV,<br><br>　　　　Defendants. | No. 2:11-CR-00514 TLN<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and the defendants, by and through each counsel of record, hereby stipulate as follows:

1.　　　By previous order, this matter was set for a status conference on August 14, 2014, at 9:30 a.m. ECF No. 199.

2.　　　By this stipulation, the defendants now move to continue the status conference until October 30, 2014, at 9:30 a.m., and to exclude time between August 14, 2014, and October 30, 2014, under Local Code T4.  Plaintiff does not oppose this request.

3.      The parties agree and stipulate, and request that the Court find the following:

a.      The government has represented that the discovery associated with this case includes in excess of 4,483 pages of investigative reports and related documents in electronic form.  All of this discovery has been either produced directly to counsel and/or made available for inspection and copying.

b.      Counsel for all of the defendants desires additional time to consult with their respective clients, to review the current charges, to conduct investigation and research related to the charges, to review and copy discovery for this matter, to discuss potential resolutions with their clients, to prepare pretrial motions, and to otherwise prepare for trial.  This case involves several defendants with several witnesses.  Counsel for the defendants believe that failure to grant the above-requested continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

c.      Counsel for the government, AUSA Heiko P. Coppola, is currently in trial in *United States v. Charikov, et al*., 2:12-cr-0003 LKK, a four-defendant mail fraud and money laundering prosecution, expected to last until approximately August 15, 2014.

d.      The government does not object to the continuance.

e.      Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendants in a trial within the original date prescribed by the Speedy Trial Act.

f.      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of August 14, 2014, to October 30, 2014, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendants' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendants in a speedy trial.

4.      Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated:  August 8, 2014                                    U.S. ATTORNEY

                                    by:    /s/ Victor S. Haltom for
                                            HEIKO P. COPPOLA
                                            Assistant U.S. Attorney
                                            Attorney for Plaintiff

Dated:  August 8, 2014                            /s/  Victor S. Haltom
                                            VICTOR HALTOM
                                            Attorney for Defendant
                                            MAGOMED ABDUKHALIKOV

Dated:  August 8, 2014                            /s/  Victor S. Haltom
                                            ROBERT M. WILSON
                                            Attorney for Defendant
                                            AHMED CHARTAEV

Dated:  August 8, 2014                            /s/  Victor S. Haltom  for
                                            DAVID D. FISCHER
                                            Attorney for Defendant
                                            NICHOLAS VOTAW

Dated:  August 8, 2014                            /s/  Victor S. Haltom for
                                            ALAN EISNER
                                            Attorney for Defendant
                                            HAKOB SERGOYAN

Dated:  August 8, 2014                            /s/  Victor S. Haltom for
                                            PETER KMETO
                                            Attorney for Defendant
                                            STANISLAV SARBER

Dated:  August 8, 2014                            /s/  Victor S. Haltom for
                                            DANNY BRACE, JR.
                                            Attorney for Defendant
                                            SERGEY SHCHIRSKIY

Dated:  August 8, 2014                            /s/  Victor S. Haltom for
                                            CHRIS HAYDN-MYER
                                            Attorney for Defendant
                                            ANTON TKACHEV

/ / /

/ / /

/ / /

# O R D E R

IT IS SO FOUND AND ORDERED this 11th day of August, 2014.


_____
Troy L. Nunley
United States District Judge