BENJAMIN B. WAGNER
United States Attorney
HEIKO P. COPPOLA
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>AHMED CHARTAEV,<br>NICHOLAS VOTAW,<br>HAKOB SERGOYAN,<br>STANLAV SARBER,<br>SERGEY SHCHIRSKEY,<br>MAGOMED ABDUKHALIKOV, and<br>ANTON TKACHEV<br><br>Defendants. | CASE NO. 2-11-CR-00514 TLN<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER<br><br>DATE: May 28, 2015<br>TIME: 9:30 a.m.<br>COURT: Hon. Troy L. Nunley |

**STIPULATION**

1. By previous order, this matter was set for status on February 19, 2015.

2. By this stipulation, defendants now move to continue the status conference until May 28, 2015, and to exclude time between February 19, 2015, and May 28, 2015, under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

   a) The government has represented that the discovery associated with this case includes in excess of 4483 pages of investigative reports and related documents in electronic form. All of this discovery has been either produced directly to counsel and/or made available for inspection and copying. The government has notified all defense counsel that it intends to

1  make available for inspection and copying approximately 8000 additional pages of discovery
2  from the case of <u>United States v. Kuzmenko, et.al.</u>

3        b)    Counsel for defendants desire additional time to consult with their respective
4  clients, review the current charges, to conduct investigation and research related to the charges,
5  to review and copy discovery for this matter, to discuss potential resolutions with their clients, to
6  prepare pretrial motions and to otherwise prepare for trial. All counsel will need additional time
7  to review the additional 8000 pages of discovery that will be made available.

8        c)    Counsel for defendants believe that failure to grant the above-requested
9  continuance would deny counsel the reasonable time necessary for effective preparation, taking
10 into account the exercise of due diligence.

11       d)    The government does not object to the continuance.

12       e)    Based on the above-stated findings, the ends of justice served by continuing the
13 case as requested outweigh the interest of the public and the defendant in a trial within the
14 original date prescribed by the Speedy Trial Act.

15       f)    For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161,
16 et seq., within which trial must commence, the time period of February 19, 2015 to May 28,
17 2015, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code
18 T4] because it results from a continuance granted by the Court at defendants' request on the basis
19 of the Court's finding that the ends of justice served by taking such action outweigh the best
20 interest of the public and the defendant in a speedy trial.

21 4.    Nothing in this stipulation and order shall preclude a finding that other provisions of the
22 Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial
23 must commence.

24 IT IS SO STIPULATED.

25 Dated: February 17, 2015        BENJAMIN B. WAGNER
                                                   United States Attorney

27                                  /s/ HEIKO P. COPPOLA
                                 HEIKO P. COPPOLA
28                                  Assistant United States Attorney

| | |
|---|---|
| Dated: February 17, 2015 | /s/ Robert M. Wilson<br>ROBERT M. WILSON<br>Counsel for Defendant<br>AHMED CHARTAEV |
| Dated: February 17, 2015 | /s/ David D. Fischer<br>DAVID D. FISCHER<br>Counsel for Defendant<br>NICHOLAS VOTAW |
| Dated: February 17, 2015 | /s/ Alan Eisner<br>ALAN EISNER<br>Counsel for Defendant<br>HAKOB SERGOYAN |
| Dated: February 17, 2015 | /s/ Peter Kmeto<br>PETER KMETO<br>Counsel for Defendant<br>STANSLAV SARBER |
| Dated: February 17, 2015 | /s/ Danny Brace, Jr.<br>DANNY BRACE, JR.<br>Counsel for Defendant<br>SERGEY SHCHIRSKEY |
| Dated: February 17, 2015 | /s/ Edward W. Swanson<br>EDWARD W. SWANSON<br>Counsel for Defendant<br>ANTON TKACHEV |
| Dated: February 17, 2015 | /s/ Victor Haltom<br>VICTOR HALTOM<br>Counsel for Defendant<br>MAGOMED ABDUHKSLIKOV |

**[PROPOSED] FINDINGS AND ORDER**

IT IS SO FOUND AND ORDERED this 17th day of February, 2015.

Troy L. Nunley
United States District Judge