BENJAMIN B. WAGNER
United States Attorney
HEIKO P. COPPOLA
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>AHMED CHARTAEV,<br>NICHOLAS VOTAW,<br>HAKOB SERGOYAN,<br>STANISLAV SARBER,<br>SERGEY SHCHIRSKEY,<br>MAGOMED ABDUKHALIKOV, and<br>ANTON TKACHEV<br><br>Defendants. | CASE NO. 2:11-CR-00514 TLN<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER<br><br>DATE: May 28, 2015<br>TIME: 9:30 a.m.<br>COURT: Hon. Troy L. Nunley |

**STIPULATION**

1. By previous order, this matter was set for status on May 28, 2015.

2. By this stipulation, defendants now move to continue the status conference until October 8, 2015, at 9:30 a.m., and to exclude time between May 28, 2015, and October 8, 2015, under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

   a) The government has represented that the discovery associated with this case includes in excess of 4483 pages of investigative reports and related documents in electronic form. All of this discovery has been either produced directly to counsel and/or made available

for inspection and copying. The government recently provided over 70,000 pages of additional discovery from the case of United States v. Kuzmenko, et.al.

      b)    Counsel for defendants desire additional time to consult with their respective clients, review the current charges, to conduct investigation and research related to the charges, to review and copy discovery for this matter, to discuss potential resolutions with their clients, to prepare pretrial motions and to otherwise prepare for trial. All counsel will need additional time to review the over 70,000 pages of discovery that was recently produced by the United States.

      c)    Counsel for defendants believe that failure to grant the above-requested continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

      d)    The government does not object to the continuance.

      e)    Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

      f)    For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of May 28, 2015 to October 8, 2015, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A) and  B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendants' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4.    Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated:  May 26, 2015                          BENJAMIN B. WAGNER
                                                    United States Attorney

                                                    /s/ HEIKO P. COPPOLA
                                                    HEIKO P. COPPOLA
                                                    Assistant United States Attorney

| | |
|---|---|
| Dated: May 26, 2015 | /s/ Robert M. Wilson |
| | ROBERT M. WILSON<br>Counsel for Defendant<br>AHMED CHARTAEV |
| Dated: May 26, 2015 | /s/ David D. Fischer |
| | DAVID D. FISCHER<br>Counsel for Defendant<br>NICHOLAS VOTAW |
| Dated: May 26, 2015 | /s/ Alan Eisner |
| | ALAN EISNER<br>Counsel for Defendant<br>HAKOB SERGOYAN |
| Dated: May 26, 2015 | /s/ Peter Kmeto |
| | PETER KMETO<br>Counsel for Defendant<br>STANISLAV SARBER |
| Dated: May 26, 2015 | /s/ Danny Brace, Jr. |
| | DANNY BRACE, JR.<br>Counsel for Defendant<br>SERGEY SHCHIRSKEY |
| Dated: May 26, 2015 | /s/ Edward W. Swanson |
| | EDWARD W. SWANSON<br>Counsel for Defendant<br>ANTON TKACHEV |
| Dated: May 26, 2015 | /s/ Victor Haltom |
| | VICTOR HALTOM<br>Counsel for Defendant<br>MAGOMED ABDUHKSLIKOV |

**FINDINGS AND ORDER**

IT IS SO FOUND AND ORDERED this 26th day of May, 2015.

_____
Troy L. Nunley
United States District Judge